Certificate Number: 14912-PAM-DE-032995071

Bankruptcy Case Number: 19-01748



14912-PAM-DE-032995071

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2019, at 9:26 o'clock PM EDT, Timothy Bartuska completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 19, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

Certificate Number: 14912-PAM-DE-032995072

Bankruptcy Case Number: 19-01748


14912-PAM-DE-032995072

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 19, 2019</u>, at <u>9:26</u> o'clock <u>PM EDT</u>, <u>Alana Bartuska</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 19, 2019</u>   By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>